## CITY OF WINONA *vs.* MINNESOTA RAILWAY CONSTRUCTION COMPANY.

### October 10, 1878.

Order allowing amendment to pleadings, not appealable.

*Bigelow, Flandrau & Clark,* for appellant.
*Thomas Wilson,* for respondent.

*By the Court.* Motion to dismiss appeal from an order allowing an amendment to the complaint. We do not think such an order appealable. If there be an abuse of discretion in granting such an order, it may be reviewed on appeal from the judgment, or from an order upon a motion for a new trial.

Appeal dismissed.